UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  ) CASE NO. MJ 08-506
        Plaintiff,  )
        v.  )
        ) DETENTION ORDER
JOHN CHARLES ROCK, JR.,  )
        Defendant.  )
_____ )

Offense charged:    Conspiracy to Import Controlled Substances

Date of Detention Hearing:    April 2, 2009

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged by Complaint with conspiring to import marijuana, utilizing a plane to fly the marijuana into the United States from Canada.

(2)    Defendant was interviewed by Pretrial Services, but some of his background information was not verified. He reports working in Oregon as a ranch hand for the past year and a half. He has possessed a pilot's license, but states that he is not able to fly due to a head injury

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

sustained in an airplane crash. He is alleged to be a current user of controlled substances.

(3) Based in particular on the lack of a realistic residential release plan, there does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of April, 2009.

Mary Alice Theiler
United States Magistrate Judge